NICHOLS et al., Appellants, v. NEHRBAS, Respondent. (City Court of New York, General Term. October 6, 1897.) Action by James E. Nichols and others against Philip

Nehrbas. Hotchkiss & Maddox, for appellants. A. H. Berrick, for respondent.

CONLAN, J. This is an appeal from a judgment entered on the verdict of a jury, and from an order denying a motion for a new trial. The action was brought to recover for goods sold and delivered by the plaintiffs to the defendant, and the answer is a general denial. The only dispute in the case was as to whether the sale was to the defendant, or to the defendant's son, Philip Nehrbas, Jr. The issue of fact thus raised was the sole question litigated on the trial, and the evidence of the plaintiffs' witnesses and the witnesses for the defendant is in direct conflict as to the order of the goods. No errors appear in the case as to the admission or exclusion of evidence. The appellants criticise a portion of the charge of the court to the jury, and urge the same as a ground for reversal; but we think the charge, as a whole, was fair to the plaintiffs, and that the verdict should stand, and therefore the judgment is affirmed, with costs. All concur.

